02-11-350-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00350-CR

 

 


 
 
 Jerry Wilson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM County
Criminal Court No. 4 OF Denton COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Jerry Wilson attempts to appeal from his conviction for theft.  The trial
court’s certification states that this “is a plea-bargain case, and the
defendant has NO right of appeal” and “the defendant has waived the right of
appeal.”  See Tex. R. App. P. 25.2(a)(2).  On October 21, 2011, we
notified Wilson that this appeal may be dismissed unless he or any party
desiring to continue the appeal filed a response showing grounds for continuing
the appeal.  Wilson filed a response, but it does not show grounds for
continuing the appeal.  Therefore, in accordance with the trial court’s
certification, we dismiss this appeal.  See Tex. R. App. P. 25.2(d),
43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON,
C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  December 1, 2011









[1]See Tex. R. App. P. 47.4.